**No. 39841.**—Protest 952657–G of Gellman Brothers (Minneapolis).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of Abstract 34593 the novelty brushes in question were held dutiable at 50 percent under paragraph 1506 as claimed.

**No. 39842.**—Protest 952128–G of Pfaltz & Bauer, Inc. (New York).

Opinion by McClelland, P. J. It was stipulated that merchandise invoiced as wool wax is the same in all material respects as the woolfat wax passed upon in *Biersdorf* v. *United States* (T. D. 48230). The claim for free entry under paragraph 1796 was therefore sustained.

**No. 39843.**—Protest 950952–G of Toufic Gedd (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Damascus Trading Co.* v. *United States* (T. D. 48885) sesame tahini was held dutiable at 20 percent under paragraph 1558, and apricot paste similar to that passed upon in *United States* v. *Sahadi* (23 C. C. P. A. 293, T. D. 48165) was held dutiable at 35 percent under paragraph 735.

**No. 39844.**—Protests 862191–G, etc., of J. S. Staedtler, Inc. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of pencils marked with names other than the manufacturers', similar to those the subject of *United States* v. *Favor* (24 C. C. P. A. 399, T. D. 48854). The claim at 50 cents per gross and 25 percent ad valorem under paragraph 1549 was therefore sustained.

**No. 39845.**—Protests 770689–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 39846.**—Protest 530820–G of Imperial Leather Co. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of leather the same as that the subject of *United States* v. *Bosca* (25 C. C. P. A. 42, T. D. 49040). The claim for free entry under paragraph 1606 was therefore sustained.